IN UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| AARON E. YOUNG, | : | Case no.: 3:17-cv-02426 |
| Plaintiff, | : | Judge Jeffery J. Helmick |
| Vs. | : | |
| MANAGEMENT & TRAINING | : | |
| CORPORATION et al., | : | |
| Defendant. | : | |

### PLAINTIFF YOUNG'S MOTION FOR LEAVE

### TO FILE A SUR-REPLY INSTANTER

Plaintiff Young is aware that he is prohibited from filing any additional replies; however, a sur-reply is warranted in this matter whereby the Defendants are attempting to mislead this Court.

Respectfully submitted,

Aaron E. Young
P.O. Box 788
Mansfield, Ohio 44901

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing was mailed to Kenneth E. Smith, 1001 Lakeside Avenue, Suite 1400, Cleveland, Ohio 44114-2378 via regular mail on 8/16/18

Aaron E. Young

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge